**Opinion issued February 29, 2024**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-23-00847-CV

————————————

## IN RE OMARI J. THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Omari J. Thomas, proceeding pro se, filed a petition for a writ of mandamus requesting we order the trial court to "dismiss the entire proceeding[]" pursuant to Relator's filing of a notice of nonsuit.[1] Relator also filed a motion for temporary relief, requesting this Court stay a hearing that was scheduled for

---

[1] The underlying case is *Jasmine Jarbis, Javaughn Mahomed, and Omari J. Thomas v. PCF Properties in TX, LLC*, Cause No. 2023-63377, in the 80th District Court of Harris County, Texas, the Honorable Jeralynn Manor presiding.

November 14, 2023, on the 91a Motion to Dismiss Baseless Causes of Action, filed by Real Party in Interest PCF Properties in TX, LLC.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.